**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1031**

KENNETH LEE HOLBERT, JR.,

            Plaintiff - Appellant,

      v.

GREENVILLE TECHNICAL COLLEGE,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:15-cv-04615-HMH)

Submitted: September 29, 2016          Decided: October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth L. Holbert, Jr., Appellant Pro Se. Kenneth A. Davis, Shawn Davis Eubanks, BOYKIN DAVIS & SMILEY, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Holbert, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Holbert v. Greenville Tech. Coll., No. 6:15-cv-04615-HMH (D.S.C. Dec. 9, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2